# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Shane J. Hardymon, | : | Case No. 1:22-cv-00724-SO |
| | : | |
| Plaintiff, | : | Judge Solomon Oliver, Jr. |
| | : | |
| v. | : | |
| | : | |
| Sheriff Scott M. Kent, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 83.9, notice is hereby given that Melanie J. Williamson enters her appearance and substitution of counsel in place of Stephanie L. Schoolcraft as Trial counsel for Defendants Sheriff Scott M. Kent, The Board of Commissioners of Crawford County, Ohio/ Crawford County, Ohio, Sergeant Tyson Estrada, Deputy Brandon M. A. Cottrill, Deputy Cory J. Geyer, Deputy Daniel J. Williamson and Administrator Kent Rachel. Helen K. Sudhoff remains as co-counsel for Defendants Sheriff Scott M. Kent, The Board of Commissioners of Crawford County, Ohio/ Crawford County, Ohio, Sergeant Tyson Estrada, Deputy Brandon M. A. Cottrill, Deputy Cory J. Geyer, Deputy Daniel J. Williamson and Administrator Kent Rachel.

By this notice, the Clerk of Courts is requested to change the docket sheets to reflect this substitution of counsel, and all counsel and parties are requested to serve all future pleadings notices and orders to Helen K. Sudhoff and Melanie J. Williamson.

                                                Respectfully submitted,

| /s Stephanie L. Schoolcraft | /s Melanie J. Williamson |
|---|---|
| Stephanie L. Schoolcraft (0090682) | Melanie J. Williamson (0079528) Trial Counsel |
| **FISHEL DOWNEY ALBRECHT & RIEPENHOFF LLP** | Helen K. Sudhoff (0101259) |
| 7775 Walton Parkway, Suite 200 | **FISHEL DOWNEY ALBRECHT & RIEPENHOFF LLP** |
| New Albany, Ohio 43054 | 7775 Walton Parkway, Suite 200 |
| (614) 221-1216 – Telephone | New Albany, Ohio 43054 |
| (614) 221-8769 – Facsimile | (614) 221-1216 – Telephone |
| sschoolcraft@fisheldowney.com | (614) 221-8769 – Facsimile |
| | mwilliamson@fisheldowney.com |
| | hsudhoff@fisheldowney.com |
| | *Counsel for Defendants Sheriff Scott M. Kent, The Board of Commissioners of Crawford County, Ohio/Crawford County, Ohio, Sergeant Tyson Estrada, Deputy Brandon M. A. Cottrill, Deputy Cory J. Geyer, Deputy Daniel J. Williamson and Administrator Kent Rachel* |

## CERTIFICATE OF SERVICE

This certifies that the foregoing was filed electronically this 17th day of April 2023.  Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system, as certified by the Court's Certificate of Service generated upon filing.

                                                /s/ Melanie J. Williamson
                                                Melanie J. Williamson (0079528)
                                                **FISHEL DOWNEY ALBRECHT & RIEPENHOFF LLP**
                                                *Counsel for Defendants Sheriff Scott M. Kent, The Board of Commissioners of Crawford County, Ohio/Crawford County, Ohio, Sergeant Tyson Estrada, Deputy Brandon M. A. Cottrill, Deputy Cory J. Geyer, Deputy Daniel J. Williamson and Administrator Kent Rachel*